IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEANNA SCARBO,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-3308** |
| | : | |
| **ROYAL ATHENA**, *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 30th day of June, 2025, upon consideration of Plaintiff Deanna Scarbo's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Emergency Motion for Temporary Restraining Order (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Emergency Motion for Temporary Restraining Order is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**